# United States District Court
## District of Nevada

**Chambers of**
**James C. Mahan**
**United States District Judge**



**Lloyd D. George U.S. Courthouse**
333 Las Vegas Boulevard South - Suite 6085
Las Vegas, Nevada 89101
Telephone: (702) 464-5520

July 12, 2007

Honorable Ortie D. Smith, Chair
Judicial Conference of the United States Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

Re:  **Calendar Year 2006 Financial Disclosure Report Filing**

Dear Judge Smith:

I received your letter dated July 2, 2006, requesting additional information with regard to my 2006 financial disclosure report filing.

The following information is provided pursuant to the committee's request:

**Financial Disclosure Report for Year 2006, Part VII:**

Fleming Companies has not been sold and the company has filed bankruptcy.  The value code is J, value method code of T.

Par Pharmaceuticals has not been sold and has a current value code of K, value method code of T.

Inland Monthly Income Fund II is listed on page 10, line 112 as Cronos IEA Income Fund XII LLP, has not been sold, and has a current value code of J, value method of T.

Please let me know if additional information is necessary.

Sincerely,

MAHAN
...tes District Judge

JCM:srb

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)

MAHAN, James C | 2. Court or Organization

U.S.District Court, Nevada | 3. Date of Report

05/9/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. District Judge (Active) | 5a. Report Type (check appropriate type)

☐ Nomination,    Date
☐ Initial    ☒ Annual    ☐ Final

5b. ☐ Amended Report | 6. Reporting Period

01/01/2006
to
12/31/2006 |
| 7. Chambers or Office Address

333 Las Vegas Boulevard South
Suite 6085
Las Vegas, Nevada 89101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 14 A 10: 21 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/9/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MAHAN, James C | 05/9/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IRA #1 | F | Interest | P1 | T | Buy/Sell | 12/31 | P1 | F | |
| 2.  -- ABB Ltd.-Spons ADR F | | | | | Bought | 1/04 | K | | |
| 3.  -- ABB Ltd.-Spons ADR F | | | | | Sold | 1/11 | K | B | |
| 4.  -- Advanced Microdevices | | | | | Bought | 1/12 | K | | |
| 5.  -- Advanced Microdevices | | | | | Sold | 1/19 | K | B | |
| 6.  -- AK Steel Holdings Group | | | | | Bought | 1/27 | K | | |
| 7.  -- AK Steel Holdings Group | | | | | Sold | 3/03 | K | D | |
| 8.  -- Alon USA Energy Inc. | | | | | Bought | 5/11 | K | | |
| 9.  -- Alon USA Energy Inc. | | | | | Sold | 5/31 | K | A | |
| 10.  -- America Movil Series L | | | | | Bought | 5/04 | K | | |
| 11.  -- America Movil Series L | | | | | Sold | 5/09 | K | A | |
| 12.  -- America Movil Series L | | | | | Bought | 5/11 | K | | |
| 13.  -- America Movil Series L | | | | | Sold | 10/12 | K | B | |
| 14.  -- Banco ITAU Holding | | | | | Bought | 3/06 | K | | |
| 15.  -- Banco ITAU Holding | | | | | Sold | 5/04 | K | B | |
| 16.  -- Banco ITAU Holding | | | | | Bought | 3/06 | J | | |
| 17.  -- Banco ITAU Holding | | | | | Sold | 5/04 | J | A | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/9/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -- Banco Bradesco SA ADR | | | | | Sold | 1/06 | L | B | |
| 19.  -- CPFL Energia SA ADR | | | | | Bought | 1/06 | K | | |
| 20.  -- CPFL Energia SA ADR | | | | | Sold | 1/12 | K | B | |
| 21.  -- CPFL Energia SA ADR | | | | | Bought | 3/06 | K | | |
| 22.  -- CPFL Energia SA ADR | | | | | Sold | 5/05 | J | C | |
| 23.  -- Cameco Corp. | | | | | Bought | 2/06 | L | | |
| 24.  -- Cameco Corp. | | | | | Sold | 2/21 | L | B | |
| 25.  -- Cameco Corp. | | | | | Bought | 3/16 | K | | |
| 26.  -- Cameco Corp. | | | | | Sold | 4/06 | K | B | |
| 27.  -- CDA Natural Res Ltd. | | | | | Bought | 2/17 | L | | |
| 28.  -- CDA Natural Res Ltd. | | | | | Sold | 2/21 | K | B | |
| 29.  -- Cemex S.A.B. DE CC ADR | | | | | Bought | 10/12 | K | | |
| 30.  -- Cemex S.A.B. DE CC ADR | | | | | Sold | 12/15 | K | A | |
| 31.  -- Companhia Vale DO Rio | | | | | Bought | 3/30 | L | | |
| 32.  -- Companhia Vale DO Rio | | | | | Sold | 4/21 | L | B | |
| 33.  -- Companhia De Bebidas F | | | | | Bought | 1/27 | J | | |
| 34.  -- Companhia De Bebidas F | | | | | Sold | 2/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/9/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -- Companhia De Bebidas F | | | | | Bought | 1/27 | K | | |
| 36. -- Companhia De Bebidas F | | | | | Sold | 2/16 | K | A | |
| 37. -- Electronic Data Systems | | | | | Sold | 2/01 | K | B | |
| 38. -- ElkCorp. | | | | | Sold | 12/18 | K | B | |
| 39. -- Elk Corp. | | | | | Sold | 2/24 | J | A | |
| 40. -- Frontier Oil Corp. | | | | | Bought | 8/02 | K | | |
| 41. -- Frontier Oil Corp. | | | | | Sold | 8/10 | K | A | |
| 42. -- Gerdau SA | | | | | Bought | 3/06 | K | | |
| 43. -- Gerdau SA | | | | | Sold | 4/17 | K | B | |
| 44. -- Global Industries Ltd. | | | | | Bought | 4/19 | K | | |
| 45. -- Global Industries Ltd. | | | | | Sold | 5/04 | K | B | |
| 46. -- Headquarters Inc. | | | | | Bought | 2/03 | K | | |
| 47. -- Headquarters Inc. | | | | | Sold | 3/16 | K | A | |
| 48. -- Icici Bank Ltd. Spon. | | | | | Bought | 12/15 | L | | |
| 49. -- Icici Bank Ltd. Spon. | | | | | Sold | 12/8 | L | A | |
| 50. -- Ivanhoe Mines Ltd. | | | | | Bought | 1/25 | L | | |
| 51. -- Ivanhoe Mines Ltd. | | | | | Sold | 1/31 | L | B | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/9/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Joy Global Inc. (WIS) | | | | | Bought | 2/24 | L | | |
| 53. -- Joy Global Inc. (WIS) | | | | | Sold | 3/01 | L | C | |
| 54. -- Joy Global Inc. (WIS) | | | | | Bought | 3/06 | L | | |
| 55. -- Joy Global Inc. (WIS) | | | | | Sold | 3/17 | L | B | |
| 56. -- Komag Inc-W/I New | | | | | Bought | 1/25 | K | | |
| 57. -- Komag Inc.-W/I New | | | | | Sold | 1/26 | K | C | |
| 58. -- Komag Inc.-W/I New | | | | | Bought | 1/31 | L | | |
| 59. -- Komag Inc.-W/I New | | | | | Sold | 2/17 | L | B | |
| 60. -- Komag Inc.-W/I New | | | | | Bought | 2/23 | K | | |
| 61. -- Komag Inc. -W/I New | | | | | Sold | 3/01 | K | B | |
| 62. -- Lamson & Sessions Co. | | | | | Sold | 1/09 | K | B | |
| 63. -- Massey Energy Company | | | | | Bought | 1/06 | K | | |
| 64. -- Massey Energy Company | | | | | Sold | 5/04 | K | B | |
| 65. -- Memc Electr Matls Inc. | | | | | Bought | 5/31 | K | | |
| 66. -- Memc Electr Matls Inc. | | | | | Sold | 6/01 | K | B | |
| 67. -- Mittal Steel Co CL A NY | | | | | Bought | 3/17 | L | | |
| 68. -- Mittal Steel Co CL A NY | | | | | Sold | 3/29 | L | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/9/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -- Mitsubishi UFJ Financial | | | | | Bought | 1/11 | K | | |
| 70.  -- Mitsubishi UFJ Financial | | | | | Sold | 1/27 | K | A | |
| 71.  -- Murphy Oil Corp. | | | | | Bought | 4/13 | K | | |
| 72.  -- Murphy Oil Corp. | | | | | Sold | 4/19 | K | B | |
| 73.  -- Norsk Hydro A S ADR | | | | | Bought | 11/29 | K | | |
| 74.  -- Norsk Hydro A S ADR | | | | | Sold | 12/18 | K | D | |
| 75.  -- OM Group Inc. | | | | | Bought | 5/09 | K | | |
| 76.  -- OM Group Inc. | | | | | Sold | 8/02 | K | A | |
| 77.  -- Steel Technologies Inc. | | | | | Sold | 1/03 | K | A | |
| 78.  -- Taiwan Semiconductor | | | | | Sold | 1/06 | K | B | |
| 79.  -- Tenaris S A ADR | | | | | Bought | 4/28 | L | | |
| 80.  -- Tenaris S A ADR | | | | | Sold | 12/13 | L | C | |
| 81.  -- Tex Industries Inc. | | | | | Bought | 1/09 | L | | |
| 82.  -- Tex Industries Inc. | | | | | Sold | 1/26 | L | A | |
| 83.  -- Titanium Metals Corp New | | | | | Bought | 2/17 | K | | |
| 84.  -- Titanium Metals Corp New | | | | | Sold | 2/21 | K | B | |
| 85.  -- Todco CL A | | | | | Bought | 5/04 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/9/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Todco CL A | | | | | Sold | 5/09 | L | B | |
| 87. -- Unit Corp. | | | | | Sold | 1/19 | L | A | |
| 88. -- United States Steel Corp. | | | | | Bought | 1/30 | K | | |
| 89. -- United States Steel Corp. | | | | | Sold | 2/06 | K | A | |
| 90. -- Western Gas Res Inc. | | | | | Bought | 2/23 | K | | |
| 91. -- Western Gas Res Inc. | | | | | Sold | 2/24 | K | B | |
| 92. -- Wipro Ltd-ADR | | | | | Bought | 4/17 | K | | |
| 93. -- Wipro Ltd-ADR | | | | | Sold | 11/22 | K | B | |
| 94. -- XTO Energy Inc. | | | | | Bought | 8/10 | K | | |
| 95. -- XTO Energy Inc. | | | | | Sold | 11/29 | K | B | |
| 96. ▓▓▓▓▓▓ ACCT -- | D | Interest | N | T | Buy/Sell | 12/31 | N | D | |
| 97. -- Coach Inc. | | | | | Bought | 11/15 | K | | |
| 98. -- Coach Inc. | | | | | Sold | 12/06 | K | A | |
| 99. -- Desarrolladora Homex | | | | | Bought | 12/06 | K | | |
| 100. -- Desarrolladora Homex | | | | | Sold | 1/6 | L | C | |
| 101. -- Energy Conversion Dev Inc. | | | | | Bought | 1/09 | K | | |
| 102. -- Energy Conversion Dev Inc. | | | | | Sold | 1/11 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/9/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -- Foundation Coal Hldg Inc. | | | | | Bought | 1/11 | K | | |
| 104.  -- Foundation Coal Hldg Inc. | | | | | Sold | 1/24 | K | B | |
| 105.  -- Hornbeck Offshore Serv | | | | | Bought | 8/03 | K | | |
| 106.  -- Hornbeck Offshore Serv | | | | | Sold | 11/15 | K | A | |
| 107.  -- Monsanto Co New | | | | | Bought | 12/15 | L | | |
| 108.  -- Monsanto Co New | | | | | Sold | 12/27 | L | B | |
| 109.  -- Pioneer Drilling Co. | | | | | Sold | 1/06 | K | B | |
| 110.  -- Smith Intl Inc. | | | | | Bought | 1/30 | K | | |
| 111.  -- Smith Intl Inc. | | | | | Sold | 4/07 | L | B | |
| 112.  Cronos IEA Income Fund XII LLP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/9/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The following assets were inadvertently omitted from the 2005 Report as acquired assets but were sold in 2006:

Page 5, Line 18
Page 6, Lines 12, 38, and 39
Page 7, Line 12
Page 8, Lines 77, 78
Page 9, Line 87
Page 10, Line 109

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 05/9/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇     Date _May 9, 2007_

NOTE: A▇▇▇▇▇▇▇▇ WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRI▇▇▇ ONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544